*Original filed 5/5/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS CARROLL, | ) | C 03-1636 JF (PR) |
| Petitioner, | ) ) | ORDER REOPENING CASE; GRANTING PETITIONER'S |
| vs. | ) ) | MOTION FOR ENLARGEMENT OF TIME TO |
| GEORGE M. GALAZA, | ) ) | FILE SECOND AMENDED PETITION |
| Respondent. | ) | |
| _____ | ) | (Docket No. 22) |

Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2004, the Court ordered Respondent to show cause why the writ of habeas corpus should not be granted. Respondent filed a motion to dismiss the petition for failure to exhaust state remedies and Petitioner filed a memorandum in opposition to the motion to dismiss. On March 18, 2005, the Court granted Respondent's motion to dismiss the instant petition and dismissed the petition with leave to amend. Petitioner filed an amended petition containing his two exhausted claims and a motion to stay the amended petition while he returned to state court to exhaust his remaining claims. On April 28, 2005, the Court granted Petitioner's motion to stay the amended petition and administratively closed this action in order for

1 Petitioner to exhaust his remaining claims in state court.

2 On April 11, 2006, Petitioner filed a notice of exhaustion with the Court and
3 included a copy of the California Supreme Court's summary denial of his state habeas
4 petition, filed on March 29, 2006. On April 24, 2006, Petitioner filed a motion for
5 enlargement of time to file his second amended petition including all of his claims.
6 Accordingly, the Court will RE-OPEN the instant action. The Court concludes that
7 Petitioner has shown good cause for an extension of time to file a second amended
8 petition. Petitioner's motion for enlargement of time (docket no. 22) is GRANTED.
9 Petitioner shall file his second amended petition on or before **June 30, 2006**.

10 Petitioner's request to take judicial notice of the accompanying declarations and
11 exhibits is unnecessary as the accompany declarations are verified. The Court notes that
12 Petitioner requests an order directing prison officials to provide Petitioner, and his
13 fellow inmate assisting him with the instant petition, physical law library access to
14 research and type the second amended petition. However, Petitioner may simply review
15 his original petition containing all of his claims and may handwrite the second amended
16 petition if necessary.

## CONCLUSION

The Clerk shall administratively REOPEN this action. Petitioner's request for enlargement of time to file his second amended petition (docket no. 22) is GRANTED. Petitioner shall file his second amended petition on or before **June 30, 2006**.

IT IS SO ORDERED.

DATED: ___5/3/06_____

JEREMY FOGEL
United States District Judge

1 | This is to certify that a copy of this ruling was mailed to the following:

3 | Curtis Carroll
P-75118
Correctional Training Facility - North
P.O. Box 705/ RA 243U
Soledad, CA  93960-0705

6 | David H. Rose
CA State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

Order Reopening Case; Granting Petitioner's Motion for Enlargement of Time to File Second Amended Petition
P:\pro-se\sj.jf\hc.03\Carroll636ext                     3