**E-filed 5/21/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CARROLL,              )<br>                              )<br>       Petitioner,            )<br>                              )<br>   vs.                        )<br>                              )<br>GEORGE M. GALAZA,             )<br>                              )<br>       Respondent.            )<br>_____) | C 03-1636 JF (PR)<br><br>ORDER GRANTING<br>PETITIONER'S REQUEST FOR<br>ENLARGEMENT OF TIME TO<br>FILE TRAVERSE<br><br><br>(Docket No. 45) |

Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2004, the Court ordered Respondent to show cause why the writ of habeas corpus should not be granted. Respondent filed a motion to dismiss the petition for failure to exhaust state remedies and Petitioner filed a memorandum in opposition to the motion to dismiss. On March 18, 2005, the Court granted Respondent's motion to dismiss the instant petition and dismissed the petition with leave to amend. On April 28, 2005, the Court granted Petitioner's motion to stay the amended petition and administratively closed this action in order for Petitioner to exhaust his remaining claims in state court.

On May 5, 2006, the Court re-opened the instant action and granted Petitioner an

1 extension of time to file a second amended petition.  Petitioner filed a second amended
2 petition.  Thereafter, the Court ordered Respondent to show cause why the second
3 amended petition should not be granted.  Respondent filed an answer on November 9,
4 2006.  On December 12, 2006, Petitioner filed a request for an enlargement of time to
5 file a traverse.  On January 10, 2007, the Court granted Petitioner's request for
6 enlargement of time and ordered Petitioner to file his traverse within thirty days.  On
7 February 5, 2007, Petitioner filed a second request for an enlargement of time to file his
8 traverse.  On March 7, 2007, the Court granted Petitioner's request and ordered
9 Petitioner to file his traverse within thirty days.

10 On March 27, 2007, Petitioner filed a third request for an enlargement of time to
11 file his traverse.  The Court concludes that Petitioner has shown good cause for such
12 extension.  Petitioner's request for enlargement of time (docket no. 45) is GRANTED.
13 Petitioner shall file his traverse, and serve a copy on Respondent, **within thirty days of**
14 **the date this order is filed**.  Based on the length of time Petitioner has been given to
15 complete his traverse, further requests for extension of time are discouraged.

16 It is Petitioner's responsibility to prosecute this case.  Petitioner is
17 reminded that all communications with the Court must be served on Respondent by
18 mailing a true copy of the document to Respondent's counsel.   Petitioner must keep the
19 Court and all parties informed of any change of address by filing a separate paper
20 captioned "Notice of Change of Address."  Petitioner must comply with the Court's
21 orders in a timely fashion.  Failure to do so may result in the dismissal of this action for
22 failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

23 IT IS SO ORDERED.
24 DATED: __5/18/07_____

_____
JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Request for Enlargement of Time to File Traverse
P:\pro-se\sj.jf\hc.03\Carroll636ext4                    2

1  A copy of this ruling was mailed to the following:

2

3  Curtis Carroll
   P-75118
   Correctional Training Facility - North
4  P.O. Box 705/ RA 243
   Soledad, CA  93960-0705

5

6  David H. Rose
   CA State Attorney General's Office
7  455 Golden Gate Avenue
   Suite 11000
8  San Francisco, CA  94102-7004

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Request for Enlargement of Time to File Traverse
P:\pro-se\sj.jf\hc.03\Carroll636ext4                3