ORIGINAL

Curtis Carroll
CDCR # P-75118
Correctional Training Facility-Soledad
P.O. Box 705 (RA-243)
Soledad, California 93960-0705

Petitioner In Pro Se



FILED
2007 MAY 25 P 3:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Curtis Carroll,
    Petitioner,

v.

George M. Galaza, et al.,
    Respondents.

C 03-1636 JF (PR)

EX PARTE APPLICATION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES
AND ORDER

Pursuant to Local Rule 7-4(b), petitioner makes this ex parte application for leave to file a memorandum in excess of 15 pages.

Good cause for the oversized memorandum is set forth in the accompanying declaration of petitioner. See, Exhibit "A" attached hereto.

Date: May 22, 2007

Respectfully Submitted,

Curtis Carroll
Petitioner In Pro Se

DATED: 7-26-07

IT IS SO ORDERED

JEREMY FOGEL
U.S. DISTRICT JUDGE

1